IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS CRUZ,<br><br>　　　　Defendant. | **Case No.:** CR 22–0389 RS<br><br>**STIPULATION AND ORDER CONTINUING COURT APPEARANCE TO APRIL 18, 2023** |

Defendant Luis Cruz is currently set for a possible change of plea hearing on March 21, 2023, at 9:30 a.m. The parties have been working diligently toward a potential resolution. However, undersigned counsel for Mr. Cruz has a three-week trial starting tomorrow, which will likely still be in progress on March 21, and will in any event preclude counsel from reviewing with Mr. Cruz the government's latest offer prior to that date. As a result, the parties stipulate and jointly request that the March 21 hearing be continued to April 18, 2023, which takes into account the availability of the Court in early April.

For these reasons, the parties stipulate and agree that excluding time from March 21, 2023 until April 18, 2023, will allow for continuity of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 21, 2023, through April 18, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

| March 9, 2023 | STEPHANIE HINDS |
| Dated | United States Attorney |
| | Northern District of California |

          /S
JARED BUSZIN
Assistant United States Attorney

| March 9, 2023 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

          /S
DANIEL P. BLANK
Assistant Federal Public Defender

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from March 21, 2023, through April 18, 2023, would unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 21, 2023, through April 18, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 21, 2023, through April 18, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March 9, 2023

_____
HONORABLE RICHARD SEEBORG
United States District Judge