1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2
THOMAS A. COLTHURST (CABN 99493)
3 Chief, Criminal Division

4 JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7199
7     FAX: (415) 436-7234
    Jared.Buszin@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 22-cr-389-RS |
|---|---|---|
| Plaintiff, | ) ) | UNITED STATES' MOTION TO DISMISS COUNT SEVEN OF THE INDICTMENT AND |
| v. | ) | ORDER |
| LUIS CRUZ, | ) ) | |
|     a/k/a "Luis Arias," | ) ) | |
| Defendant. | ) ) | |

On April 18, 2023, the defendant, Luis Cruz, pleaded guilty to Counts Two, Five, and Six of the Indictment pursuant to a plea agreement. That agreement provided the government would move to dismiss the remaining charges set forth in the Indictment at the time of sentencing. On July 25, 2023, the Court sentenced the defendant in connection with this case. At the conclusion of the sentencing hearing, the government moved to dismiss Counts One, Three, and Four of the Indictment but inadvertently failed to identify Count Seven as one of the remaining charges to be dismissed. Accordingly, the government hereby moves for dismissal of Count Seven of the Indictment as provided for in the parties' plea agreement.

MOT. TO DISMISS AND ORDER 22-cr-389-RS     1

DATED: July 26, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/ Jared Buszin_____
JARED S. BUSZIN
Assistant United States Attorney

## ORDER

For the reasons stated in the United States' Motion to Dismiss Count Seven of the Indictment, the United States' Motion to Dismiss Count Seven of the Indictment is **GRANTED**.

**IT IS SO ORDERED**.

DATED: __July 26, 2023_____

HON. RICHARD SEEBORG
United States District Judge